AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00043 |
| HENRY PHILLIP MUNTZER | ) | Assigned to: Judge Zia M. Faruqui |
|  | ) | Assign Date: 1/13/2021 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __01/06/2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | Restricted Building or Grounds |
| 40 U.S.C. § 5104(e) | Unlawful Entry or Disorderly Conduct |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Jynika Craig, Special Agent- FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone.

Date: __01/13/2021__                        _____
*Judge's signature*

City and state: __Washington, D.C.__        Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*