# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 21-MJ-00043 |
| | : | |
| v. | : | |
| | : | |
| **HENRY PHILLIP MUNTZER,** | : | |
| | : | |
| Defendant. | : | **UNDER SEAL** |

## MOTION TO UNSEAL CASE

The United States of America, by its attorney, the Acting United States Attorney for the District of Columbia, respectfully moves this Court to unseal the file in the above-captioned matter. As grounds for this motion the Government cites the following points and authorities.

1. On January 13, 2021, the defendant was charged with willfully and knowingly entering the United States Capitol on January 6, 2021 without legal authority, and participating in violent and disorderly conduct in violation of 18 U.S.C. §§ 1752(a)(1)-(2) and 40 U.S.C. § 5104(e)(2). The Court granted the government's motion to seal the Affidavit in Support of Criminal Complaint and Arrest Warrant, the Criminal Complaint, the Arrest Warrant, as well as other pleadings, records, and files in this case, including the motion to seal, and to delay entry on the public docket of its motion to seal and all related matters.

2. The government is aware of no facts or circumstances that would justify continuing the seal upon this matter. Accordingly, the government respectfully requests that the Court unseal this case and place the case on the public docket.

WHEREFORE, the government respectfully requests that its motion be granted.

Date: January 18, 2021                    Respectfully submitted,

                                    MICHAEL R. SHERWIN
                                    Acting United States Attorney
                                    for the District of Columbia
                                    New York State Bar Reg. No. 4444188

By:      */s/* David B. Kent
              DAVID B. KENT, D.C. Bar No. 482850
              Assistant United States Attorney
              555 4th Street, N.W.
              Washington, D.C. 20530
              (202) 252-7762
              David.Kent@usdoj.gov